FILED

APR 22 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANGELO DENNINGS, on behalf of himself and all others similarly situated; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> CLEARWIRE CORPORATION, <br><br> Defendant - Appellee. <br> _____ <br><br> GORDAN B. MORGAN; et al., <br><br> Objectors - Appellants. | No. 13-35038 <br><br> D.C. No. 2:10-cv-01859-JLR <br> Western District of Washington, Seattle <br><br> ORDER |

Before: TROTT, PAEZ, and NGUYEN, Circuit Judges.

Plaintiffs-appellees' request for judicial notice is granted.

A review of the record, the motion for summary affirmance, and the opposition and reply thereto, demonstrates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (per curiam) (stating standard).

KS/MOATT

Accordingly, we grant plaintiffs-appellees' motion for summary affirmance of the district court's December 20, 2012 settlement order and final judgment.

Appellants' motion for sanctions is denied.

**AFFIRMED.**